**ERIC L. DAHLIN, OSB #96572**
Email: ericdahlin@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2300
Portland, Oregon  97201
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

>Attorneys for Named Defendant
>National City Mortgage Co.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **DOUGLAS E. HALL and KENNETH D. HALL,**<br><br>               **Plaintiffs,**<br><br>       v.<br><br>**NATIONAL CITY MORTGAGE CO., dba COMMONWEALTH UNITED MORTGAGE CO., CAL-WESTERN RECONVEYANCE CORPORATION, a Trustee, a subsidiary of Prommis Solutions, LLC, and PITE DUNCAN, LLP,**<br><br>               **Defendants.** | Case No. 10-CV-1286-BR<br><br>**CORPORATE DISCLOSURE STATEMENT OF PNC MORTGAGE AND NAMED DEFENDANT NATIONAL CITY MORTGAGE, CO.** |

  Pursuant to FRCP 7.1, this Corporate Disclosure Statement is filed on behalf of (a) PNC Mortgage and (b) named defendant National City Mortgage, Co.  PNC Mortgage is a division of PNC Bank, National Association.  PNC Bank, National Association is a <u>successor by merger to</u> National City Bank and its division, named defendant National City Mortgage.

  PNC Bank, National Association is a national bank and a wholly (100%) owned subsidiary of PNC Bancorp, Inc.  PNC Bancorp, Inc. is a wholly (100%) owned subsidiary of

/ / /

/ / /

Page 1 – CORPORATE DISCLOSURE STATEMENT

The PNC Financial Services Group, Inc., a publicly help corporate entity.  There is no publicly held corporation owning 10% or more of The PNC Financial Services Group, Inc.'s stock.

DATED this 11th day of February , 2011.

**DAVIS WRIGHT TREMAINE LLP**

By ___*/s/ Eric L. Dahlin*_____
**ERIC L. DAHLIN, OSB #96572**
Email: ericdahlin@dwt.com
Telephone: (503) 241-2300
Facsimile: (503) 778-5299
Of Attorneys for Defendant PNC Financial Services Group, Inc, and named defendant National City Mortgage

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** was served via U.S. upon:

>Douglas E. Hall
>Kenneth D. Hall
>12585 SW Bull Mountain Rd.
>Tigard, OR 97224
>   *Pro Se* Plaintiffs

DATED this 11th day of February, 2011

By  */s/ Eric L. Dahlin*
ERIC L. DAHLIN, OSB #96572
Email: ericdahlin@dwt.com
Telephone: (503) 241-2300
Facsimile: (503) 778-5299
   Of Attorneys for Defendant PNC Financial Services Group, Inc, and named defendant National City Mortgage