ROCHELLE L. STANFORD, OSB No. 06244
Email: rstanford@piteduncan.com
DAVID J. BOULANGER, OSB No. 092943
Email: dboulanger@piteduncan.com
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385

Attorneys for Defendants Pite Duncan, LLP and Cal-Western Reconveyance Corporation

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| DOUGLAS E. HALL AND KENNETH D. HALL,<br><br>         Plaintiffs,<br><br>v.<br><br>NATIONAL CITY MORTGAGE CO., dba COMMONWEALTH UNITED MORTGAGE CO.;CAL-WESTERN RECONVEYANCE CORPORATION, as Trustee, a subsidiary of Prommis Solutions, LLC; and PITE DUNCAN, LLP,<br><br>         Defendants. | Case no.: 3:10-CV-1286-BR<br><br>DEFENDANTS' PITE DUNCAN'S AND CAL-WESTERN'S JOINDER IN NATIONAL CITY MORTGAGE'S MOTION TO MAKE MORE DEFINITE STATEMENT |

Defendants Pite Duncan, LLP and Cal-Western Reconveyance Corporation hereby joins in Defendant National City Mortgage Co.'s Motion to Make More Definite, docket number 4, filed with the court on February 10, 2011, and adopts its motion as if fully set forth herein.

Dated: *2/17/11*  PITE DUNCAN, LLP

*/s/ David J. Boulanger*
ROCHELLE L. STANFORD, OSB No. 06244
Email: rstanford@piteduncan.com
Phone: 619-326-2404
Fax:    619-326-2430

David J. Boulanger, OSB 092943
Email: dboulanger@piteduncan.com
Phone: 503-222-2256
Fax:    503-222-2260

Attorneys for Defendants Pite Duncan, LLP and Cal-Western Reconveyance Corporation

# CERTIFICATE OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 4375 Jutland Drive, Suite 200, P.O. Box 17935, San Diego, CA 92177-0935.

I hereby certify that on February 17, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Douglas E. Hall, Pro Per
12585 SW Bull Mountain Road
Tigard, OR 97224

Kenneth D. Hall, Pro Per
12585 SW Bull Mountain Road
Tigard, OR 97224

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of February 2011, at San Diego, California.

/s/ Lisa Clark
_____
LISA CLARK

2319246.wpd