# CERTIFICATE OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 4375 Jutland Drive, Suite 200, P.O. Box 17935, San Diego, CA 92177-0935.

I hereby certify that on February 18, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Eric L. Dahlin

I further certify that on February 18, 2011, I served the above-described documents by U.S. Mail on the following, who are not registered participants of the CM/ECF System:

Douglas E. Hall, Pro Per
12585 SW Bull Mountain Road
Tigard, OR 97224

Kenneth D. Hall, Pro Per
12585 SW Bull Mountain Road
Tigard, OR 97224

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of February 2011, at San Diego, California.

_____
LISA CLARK

2320270.wpd