ROCHELLE L. STANFORD, OSB No. 06244
Email: rstanford@piteduncan.com
DAVID J. BOULANGER, OSB No. 092943
Email: dboulanger@piteduncan.com
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385

Attorneys for Defendants PITE DUNCAN, LLP and CAL-WESTERN RECONVEYANCE
CORP.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| DOUGLAS E. HALL AND KENNETH D. HALL, | Case No.:3:10-CV-1286-BR |
| Plaintiffs, | |
| v. | DEFENDANTS PITE DUNCAN, LLP'S AND CAL-WESTERN RECONVEYANCE CORP'S  MOTION TO DISMISS (FRCP 12(b)(5)) |
| NATIONAL CITY MORTGAGE CO., dba COMMONWEALTH UNITED MORTGAGE CO.; CAL-WESTERN RECONVEYANCE CORPORATION, as Trustee, a subsidiary of Prommis Solutions, LLC; and PITE DUNCAN, LLP, | |
| Defendants. | |

## LR 7-1 CERTIFICATION

Counsel for Defendants Pite Duncan, LLP and Cal-Western Reconveyance Corporation

("CWR") received information on February 16, 2011, that Plaintiffs seek a default judgment against

("CWR") received information on February 16, 2011, that Plaintiffs seek a default judgment against them under FRCP 55(a) and based on Plaintiffs' Affidavit of Service stating that Pite Duncan and Cal-Western were served with the Summons but failed to plead or otherwise defend this action. Neither Pite Duncan nor Cal-Western were properly served, and they bring this motion to dismiss for insufficient service of process to challenge Plaintiffs' improper service of Summons and their request for a default judgment.

In an attempt to resolve the dispute, Pite Duncan's counsel made a good faith effort to contact Plaintiffs by phone on February 16, 2011 at 4:30 PM, but was unable to reach either Plaintiff. Due to the nature of Plaintiffs' motion to default, and because counsel has been unable to contact plaintiff, Pite Duncan and Cal-Western are filing this motion to dismiss and motion in opposition to Plaintiffs' default motion.

///

///

///

///

///

///

///

///

///

///

///

MOTION TO DISMISS                                                                 Page 2

# MOTION

Pursuant to FRCP 12(b)(5), defendants Pite Duncan, LLP, and CWR, by and through its attorneys of record, moves the Court for an Order dismissing plaintiff's claims against it.

This Motion is based upon the accompanying Memorandum in Support and the complete court file.

Dated:                                    PITE DUNCAN, LLP


                             /s/ David J. Boulanger
                             ROCHELLE L. STANFORD, OSB No. 06244
                             Email: rstanford@piteduncan.com
                             Phone: 619-326-2404
                             Fax:    619-326-2430

                             David J. Boulanger, OSB 092943
                             Email: dboulanger@piteduncan.com
                             Phone: 503-222-2256
                             Fax:    503-222-2260

                             Attorneys for Defendants Pite Duncan, LLP and
                             Cal-Western Reconveyance Corporation
                                                              2324568.wpd

MOTION TO DISMISS                                              Page 3