ROCHELLE L. STANFORD, OSB No. 06244
Email: rstanford@piteduncan.com
DAVID J. BOULANGER, OSB No. 092943
Email: dboulanger@piteduncan.com
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385

Attorneys for Defendants Pite Duncan, LLP and Cal-Western Reconveyance Corporation

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| DOUGLAS E. HALL AND KENNETH D. HALL,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL CITY MORTGAGE CO., dba COMMONWEALTH UNITED MORTGAGE CO.; CAL-WESTERN RECONVEYANCE CORPORATION, as Trustee, a subsidiary of Prommis Solutions, LLC; and PITE DUNCAN, LLP,<br>　　　　　Defendants. | Case no.:3:10-CV-1286-BR<br><br>DECLARATION OF DAVID BOULANGER IN SUPPORT OF DEFENDANTS PITE DUNCAN, LLP'S<br><br>AND<br><br>CAL-WESTERN RECONVEYANCE CORP'S MOTION TO DISMISS (FRCP 12(b)(5)) |

I, David J. Boulanger, do declare:

1. I am an attorney licensed to practice law in Oregon and am an associate of Pite Duncan, LLP, and counsel for Pite Duncan. I have personal knowledge of the matters set forth in this declaration and if called upon to testify I could and would do so.

2.  I am making this declaration in support of Pite Duncan's motion to dismiss and motion in opposition to plaintiffs' default motion.

3.  On February 16, 2011, I reviewed the online records of the Oregon Secretary of State to determine the address listed in its records on file for the registered office of the limited partnership of Pite Duncan. The records indicated that the office mailing address and principal place of business is 4375 Jutland Dr., Ste. 200, San Diego, CA 92117.

4.  On February 16, 2011, I reviewed the online records of the Oregon Secretary of State to determine the address listed in their records on file for the registered office for Cal-Western. The records indicated that the registered agent's office address is 325 13th St. NE, STE 501, Salem, OR 87301. The principal place of business is 400 Northridge Rd, STE 700, Atlanta, GA 30350.

I declare under the penalty of perjury under the laws of Oregon that the foregoing is true and correct. Executed this 16th day of February, 2011, at Portland, Oregon.

PITE DUNCAN, LLP

*/s/ David J. Boulanger*
David Boulanger, OSB 092943