**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**CIVIL MINUTES**

| | |
|---|---|
| Case No.: **CV 10-1286-BR** | Date: **March 15, 2011** |

Case Title: **Hall et al v. National City Mortgage Co. et al**

Presiding Judge: **Anna J. Brown**    Courtroom Deputy: **Bonnie Boyer**
Tele: (503) 326-8053
e-mail: Bonnie_Boyer@ord.uscourts.gov

**DOCKET ENTRY:** Minute Order

The Court acknowledges receipt of Plaintiffs' Request (#31) to Extend Time for Responses to the Motion (#20) to Dismiss filed by Defendants Cal-Western and Pite Duncan. Although Plaintiffs did not certify they conferred with opposing counsel before filing their Request as required under the District of Oregon Local Rules, the Court GRANTS Plaintiffs' Request. Plaintiffs' response to the Motion (#20) to Dismiss filed by Defendants Cal-Western and Pite Duncan is **due 3/24/11**. Defendants' reply, if any, is **due 4/11/11**. No further pleadings will be permitted.

The Court also acknowledges receipt of Plaintiffs' More Definite Statement (#30). Although Plaintiffs describe this document as a "supplemental response" to National City Mortgage's Motion (#4) to Make More Definite Statement, Plaintiffs did not obtain leave of Court to file such a document as required under the District of Oregon Local Rules. The Court, however, will consider Plaintiffs' filing at oral argument, and opposing counsel will be allowed to respond to Plaintiffs' supplemental Motion at that time.

The Court reminds Plaintiffs that they, like attorneys, must comply in the future with the requirements of the Federal Rules of Civil Procedure and the District of Oregon's Local Rules. In particular, Local Rule 7-1(a)(1) requires all moving parties to confer with opposing counsel before filing a Motion and to certify that they did so in the first paragraph of their Motion. In addition, pursuant to Local Rule 7-1(f), the nonmoving party may only file a response to the opposing party's motion, and the moving party may only file a reply to that response. No other pleadings may be filed without leave of Court. The Court may strike any pleadings that do not comply with the Local Rules.

Oral argument will be heard at **1:30 pm** at the **Mark O. Hatfield Courthouse, Portland, OR, Courtroom 14A on April 29, 2011**, regarding Defendant National City Mortgage Co.'s Motion (#4) for a More Definite Statement (to include Plaintiffs' More Definite Statement (#30)), Plaintiff's Affidavit (#8) Requesting Default Entries against Cal-Western and Pite Duncan, and Defendants Cal-Western and Pite Duncan's Motion (#20) to Dismiss.

IT IS SO ORDERED.

cc: ( ) All counsel                                                                                       DOCUMENT NO: _____

**Civil Minutes**
**Hon. Anna J. Brown**                                                                                  (Civil CaseMgt MO.wpd)