FILED 9 AUG'11 13:46USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

DOUGLAS E HALL, *pro se*
KENNETH D HALL, *pro se*
                    Plaintiff(s)

v.

NATIONAL CITY MORTGAGE CO., dba
COMMONWEALTH UNITED
MORTGAGE CO.;

CAL-WESTERN RECONVEYANCE
CORPORATION, AS Trustee, a subsidiary
of Prommis Solutions, LLC; and

PITE DUNCAN, LLP
                    Defendant(s)

Case No.: **CV'10 1286 BR**

**NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i)**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) DOUGLAS E. HALL and KENNETH D HALL, hereby give notice that the above captioned action is voluntarily dismissed, with prejudice the lawsuit, with each side bearing its own attorney fees and costs. NATIONAL CITY MORTGAGE CO., dba COMMONWEALTH UNITED MORTGAGE CO.; CAL-WESTERN RECONVEYANCE CORPORATION, AS Trustee, a subsidiary of Prommis Solutions, LLC; and PITE DUNCAN, LLP.

Date: 8-9-2011

                                                Douglas E Hall, *pro se*

                                                Kenneth D Hall, *pro se*