IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

DOUGLAS E. HALL and
KENNETH D. HALL

        Plaintiffs,

v.

NATIONAL CITY MORTGAGE CO.,
CAL-WESTERN RECONVEYANCE
CORPORATION, and PITE DUNCAN, LLP

        Defendants.

3:10-cv-01286-BR

JUDGMENT
OF DISMISSAL

Based upon the filing of the Plaintiffs' Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i), this matter is hereby **DISMISSED** with prejudice and without costs or attorney fees to either party.

Dated this 11th day of August, 2011.

                                                ANNA J. BROWN
                                                United States District Judge